IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Saline, Christina J

Printed: 5/13/08

Case Number: 07 B 00637
Judge: Goldgar, A. Benjamin
Filed: 1/15/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: July 30, 2007
Confirmed: April 3, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,064.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,314.00 |
| Trustee Fee: |  | 189.18 |
| Other Funds: |  | 1,560.82 |
| Totals: | 5,064.00 | 5,064.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 3,314.00 | 3,314.00 |
| 2. | Household Bank (SB) N A | Unsecured | 131.60 | 0.00 |
| 3. | United States Dept Of Education | Unsecured | 11,242.56 | 0.00 |
| 4. | World Financial Network Nat'l | Unsecured | 362.57 | 0.00 |
| 5. | Elan Financial Services | Unsecured | 1,742.86 | 0.00 |
| 6. | Jefferson Capital | Unsecured | 5,416.44 | 0.00 |
| 7. | Great Seneca | Unsecured | 3,722.35 | 0.00 |
| 8. | World Financial Network Nat'l | Unsecured | 748.91 | 0.00 |
| 9. | Citibank | Unsecured |  | No Claim Filed |
| 10. | Centurion Bank | Unsecured |  | No Claim Filed |
| 11. | HBLC Inc | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 26,681.29 | $ 3,314.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 189.18 |
|  | _____ |
|  | $ 189.18 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Saline, Christina J

Printed:  5/13/08

Case Number:  07 B 00637
Judge:  Goldgar, A. Benjamin
Filed:  1/15/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

